**FINKELSTEIN  PLATT  LLP**

Attorneys at Law

11 Broadway, Suite 615

New York, NY 10004

t  212.422.7446

f  212.480.8560

FinkelsteinPlatt.com

Writer's email: cp@finkelsteinplatt.com

December 31, 2014

**BY ECF AND FIRST-CLASS MAIL**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007

<u>DIGS NYC LLC, et al., v. G.M. Madonna & Co., LLC, et al.</u>
Docket No. 14 Civ. 0538 (PAC)

Dear Judge Crotty:

      We represent defendants G.M. Madonna & Co., LLC, Madonna & Co., LLC, Madonnaandco.com, LLC, and Geralynn Madonna ("Defendants"). We write, with the consent of Bradford D. Conover, Esq., counsel for plaintiffs Digs NYC LLC, Bhinda Rajwans and Eva Rajwans, to respectfully request an extension of the Second Amended Case Civil Management Plan and Scheduling Order signed by Your Honor on October 24, 2014.

      Pursuant to the parties' request, on October 29, 2014, Your Honor assigned this case to the District's Mediation Program. On December 10, 2014, the mediation was conducted. After conclusion of the day-long mediation, and subsequent correspondence between counsel over the next two weeks, it is now clear that the parties are unable to reach settlement. Accordingly, since the parties were unable to settle this case through mediation, the parties seek a short extension sufficient to complete document discovery and depositions.

      We therefore respectfully request that the fact discovery cut-off date of January 12, 2015 and the expert discovery cut-off date of March 2, 2015 be extended to February 13, 2015 and March 30, 2015, respectively. Your Honor has previously granted two similar extensions. The parties can be available during the week of March 23, 2015, or on such other date as may be convenient for the Court, for the conference previously scheduled for February 25, 2015 at 3:45 p.m. Enclosed please find a proposed Third Amended Case Civil Management Plan and Scheduling Order.

The Honorable Paul A. Crotty<br>
December 31, 2014<br>
Page 2

    We are available at the Court's convenience to discuss this or any other matter.  Thank you.

Respectfully,

*[signature]*

Christopher Platt

Enclosure

cc:    Bradford D. Conover, Esq.
       (By ECF Only)