```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
DIGS NYC L.L.C., et al.,                              :
                    Plaintiffs,                       :    14 Civ. 0538 (PAC)
        - against –                                   :    ORDER
G.M. MADONNA & CO., L.L.C., et al.,                   :
                    Defendants.                       :
------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-15

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court has read the Plaintiffs' letter, dated October 14, 2015, and the Defendants' response, dated October 20, 2015. The exchange of correspondence demonstrates the value of the "meet and confer" process to resolve discovery disputes before they are brought to the Court for resolution. It is no excuse for Plaintiffs to make this application because their present counsel is at odds with prior counsel for the Plaintiffs.

The Court sets forth its rulings with respect to each of the numbered paragraphs in Plaintiff's letter, dated October 14, 2015.

1.  The request is denied. Production of the ledgers is satisfactory, but they must be both legible. Plaintiffs must identify what portions are illegible, and if they are, Defendants must provide legible copies.

2.  The request is denied. Vendor invoices are redundant. If any printouts provided in response to this request are illegible, legible copies should be produced.

3.  This request denied. See Defendants' response to requests 7 and 8.

1

4. Defendants' response to this request is satisfactory.

5. Defendants' response to this request is satisfactory.

6. Defendants' response to this request is satisfactory.

7. Defendants' response to this request is satisfactory.

8. Defendants' response to this request is satisfactory.

10. Defendants' response to this request is satisfactory.

11. Defendants' response to this request is satisfactory, but Defendants should provide the Bates Numbers of the documents produced in response to this request.

12. This request is denied. It is not relevant.

13. Defendants' response is satisfactory, except that Defendants should provide the Bates Numbers for the documents produced in response to this request.

14. This request is denied. It is not relevant.

15. Defendants' response to this request is satisfactory.

16. Defendants should provide Bates Numbers.

17. Defendants should provide Bates Numbers.

18. This request is denied.

19. Defendants should provide Bates Numbers.

20. Defendants' response to this request is satisfactory.

22. Defendants' response to this request is satisfactory.

23. Defendants' response to this request is satisfactory.

25. Defendants' response to this request is satisfactory.

26. Defendants' response to this request is satisfactory.

The Clerk of Court is directed to terminate docket entry #64.

Dated: New York, New York
November 19, 2015

SO ORDERED

*Paul A. Crotty*
PAUL A. CROTTY
United States District Judge